EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Adrián Moll Lugo | 2019 TSPR 147<br><br>203 DPR _____ |

Número del Caso:  TS-18,187


Fecha:  20 de agosto de 2019

Abogado de la parte peticionaria:

   Por derecho propio


Materia:  Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Adrián Moll Lugo                    TS-18,187




RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de agosto de 2019.

Examinada la solicitud de readmisión a la abogacía en Puerto Rico que presentó el Sr. Adrián Moll Lugo, se provee ha lugar. Se le readmite al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



José Ignacio Campos Pérez
Secretario del Tribunal Supremo